# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: STANLEY C. EMERY  
1235 SANCTUARY CR.  
ROCKFORD, IL  61107

SSN-xxx-xx-5376

Case Number: 05-74105

Case filed on: 8/13/2005  
Plan Confirmed on: 4/28/2006

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $54,350.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | BRIAN A. HART | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
|  | Total Legal | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
| 028 | YALDEN, OLSEN AND WILLETTE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 998 | STANLEY C. EMERY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | COUNTRYWIDE HOME LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | GENERAL MOTORS ACCEPTANCE CORP | 3,289.57 | 0.00 | 0.00 | 0.00 |
| 025 | AMERICAN HONDA FINANCE CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 3,289.57 | 0.00 | 0.00 | 0.00 |
| 003 | BECKET & LEE, LLP | 21,252.55 | 21,252.55 | 2,812.96 | 0.00 |
| 004 | BARRY MCANARNEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CENTRAL LABORERS' PENSION FUND | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ECAST SETTLEMENT CORPORATION | 15,535.55 | 15,535.55 | 2,056.26 | 0.00 |
| 007 | CINCINNATI INSURANCE CO. | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ATTORNEY MARC M PEKAY | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | LVNV FUNDING LLC | 14,581.16 | 14,581.16 | 1,929.94 | 0.00 |
| 010 | FOX VALLEY LABORERS FUND | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | IRON WORKERS FUND | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | JOHN FRIDH & SONS INC., D/B/A | 26,098.23 | 26,098.23 | 3,454.33 | 0.00 |
| 013 | LARSON & LARSON BUILDERS | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | MARSHALL ERDMAN & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ATTORNEY CRAIG WILLETTE | 74,275.77 | 74,275.77 | 9,831.04 | 0.00 |
| 016 | NORTH BOONE SCHOOL DISTRICT | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | PROFESSIONAL CONSTRUCTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | REITZEL CONSTRUCTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | RINGLAND-JOHNSON INC | 215,655.94 | 215,655.94 | 28,543.90 | 0.00 |
| 020 | ROCKFORD INDUSTRIAL WELDING SUPPLY | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | SAM'S CLUB | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | STENSTROM CONSTRUCTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | TENG CONSTRUCTION LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | WESTERN SURETY COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | LINDSAY EMERY | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | SUANS K. EMERY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 367,399.20 | 367,399.20 | 48,628.43 | 0.00 |
|  | Grand Total: | 372,888.77 | 369,599.20 | 50,828.43 | 0.00 |

Total Paid Claimant:   $50,828.43  
Trustee Allowance:    $3,521.57  
Percent Paid Unsecured:   13.24

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/30/2008                By  /s/Heather M. Fagan